UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OCWEN LOAN SERVICING,

    Plaintiff,

        v.

TIONGCO F. PHELPS,

    Defendant.

Case No. 10-cv-762-JPG-SCW

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Ocwen Loan Servicing to substitute Nationstar Mortgage, LLC as the plaintiff in this case (Doc. 28). The Court also considers its memorandum in support of the motion (Doc. 31). The memorandum and its attachments demonstrate Ocwen has transferred its interest in this matter to Nationstar.[1] Accordingly, substitution of the plaintiff is appropriate under Federal Rule of Civil Procedure 25(c). The Court therefore **GRANTS** the motion to substitute (Doc. 28) and **DIRECTS** the Clerk of Court to terminate Ocwen as a plaintiff and add Nationstar as a plaintiff in this case.

**IT IS SO ORDERED.**
**DATED: April 30, 2014**

        s/J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**

---

[1] The Court notes that the mortgage assignment is dated April 2, 2014, twenty days after Ocwen represented to the Court it had already transferred its interest in the underlying loan to Nationstar (Doc. 28).